# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

LEAH D. GRIFFITH, et al.,

        Plaintiff,

v.                      CIVIL ACTION NO. 2:08-cv-00823

CHAPMANVILLE HOME PLACE, INC., et al.,

        Defendants.

## MEMORANDUM OPINION & ORDER

Pending before the court is a Motion by Defendants/Third-Party Plaintiffs ("Movants"), Leah D. Griffith and Kevin Stavnicky, to Amend Memorandum Opinion and Order [Docket 148]. Movants request that this court amend its Memorandum Opinion and Order entered May 24, 2010 [Docket 136], insofar as it denied as moot a Joint Motion for an Order Permitting the Repossession and Sale by Triad Financial Services, Inc. of Defendants' Manufactured Home [Docket 83]. Movants indicate that such repossession remained part of the settlement agreement reached between Triad Financial Services, Inc., and Movants, and aver that "[a]ll . . . parties have either completed an inspection of the home, or indicated that they waive any right to inspect the home." (Mem. Supp. Mot. Amend Order [Docket 149] 2.) No parties have objected to Movants' Motion to Amend.

Finding good cause, the court **GRANTS** this Motion to Amend [Docket 148]. The May 24, 2010 Memorandum Opinion and Order [Docket 136] is **VACATED** insofar as it denies as moot the Joint Motion for an Order Permitting the Repossession and Sale by Triad Financial Services, Inc. of Defendants' Manufactured Home [Docket 83], and this Join Motion [Docket 83] is **GRANTED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 14, 2010

Joseph R. Goodwin, Chief Judge